WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, for the Ace Securities Corp. Home Equity Loan Trust Series 2006-NC3, Asset Backed Pass-Through Certificates*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, FOR THE ACE SECURITIES CORP. HOME EQUITY LOAN TRUST SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:20-cv-00419-KJD-VCF<br><br>**STIPULATION TO 1) LIFT STAY, 2) AMEND COMPLAINT AND 3) SET RESPONSE DEADLINE** |

Plaintiff, HSBC Bank USA, National Association, for the Ace Securities Corp. Home Equity Loan Trust Series 2006-NC3, Asset Backed Pass-Through Certificates ("HSBC Bank"), and Defendant Fidelity National Title Insurance Company ("Fidelity") (collectively, the "Parties"), hereby submit the following Stipulation to lift the stay, amend the Complaint, and to set Fidelity's response deadline pursuant to this Court's Order [ECF No. 9]. The Parties, by and through their undersigned counsel, stipulate and agree as follows:[1]

---

[1] The Parties submit this stipulation without waiver to request a further stay from this Court. There are currently several matters before this Court involving the same defendants, same counsel, similar issues, with dispositive motions pending. *See* ECF Nos. 31 and 40 in *Deutsche Bank National Trust Company v. Fidelity National Title Group, Inc., et al.*, Case No. 2:21-cv-00192-KJD-NJK and ECF Nos. 56 and 70 in *Deutsche Bank National Trust Company v. Fidelity National Title Group, Inc., et al.*, Case No. 2:20-cv-01920-KJD-BNW. Additionally, the Parties

1. On February 28, 2020, HSBC Bank filed its Complaint against Fidelity [ECF No. 1];

2. Thereafter, on April 14, 2020, the Court granted the Parties' Stipulation to Stay the instant action pending the appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGZ) ("*Wells Fargo II*") [ECF No. 7];

3. On November 5, 2021, the Ninth Circuit issued its Memorandum Disposition in *Wells Fargo II*, vacating the district court's decision granting dismissal of Wells Fargo's claims and remanding for further proceedings. The mandate issued on November 29, 2021;

4. On April 27, 2022, this Court issued its Order requiring the Parties to file a stipulation to lift the stay, including deadlines for HSBC Bank to amend its Complaint [ECF No. 9];

5. The Parties hereby agree that the stay shall be lifted;

6. The Parties further agree that HSBC Bank shall have thirty (30) days from the entry of the order on this Stipulation to file its amended pleading;

/ / /

/ / /

/ / /

/ / /

/ / /

---

to this action are actively engaged in discovery in dozens of matters that are pending within this jurisdiction, which may overlap and be duplicative of the discovery conducted in this case. To conserve resources, the Parties are currently evaluating whether this case would benefit from a further stay.

7. The Parties further agree that Fidelity shall have thirty (30) days from the filing of HSBC Bank's amended pleading to file its response.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 18th day of May, 2022. | DATED this 18th day of May, 2022. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Dragon, Esq.* <br> Lindsay D. Dragon, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, HSBC Bank USA, National Association, for the Ace Securities Corp. Home Equity Loan Trust Series 2006-NC3, Asset Backed Pass-Through Certificates* | */s/ Kevin Sinclair, Esq.* <br> Kevin Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Venture Boulevard, Suite 400 <br> Encino, California 91436 <br> *Attorneys for Defendant, Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this 23rd day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE