WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, for the Ace Securities Corp. Home Equity Loan Trust Series 2006-NC3, Asset Backed Pass-Through Certificates*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, FOR THE ACE SECURITIES CORP. HOME EQUITY LOAN TRUST SERIES 2006-NC3, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:20-cv-00419-KJD-VCF<br><br>~~STIPULATION AND~~ ORDER TO STAY CASE PENDING RULING ON DISPOSITIVE MOTION [ECF No. 14] |

Plaintiff, HSBC Bank USA, National Association, for the Ace Securities Corp. Home Equity Loan Trust Series 2006-NC3, Asset Backed Pass-Through Certificates ("HSBC Bank") and Defendant Fidelity National Title Insurance Company ("Fidelity") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on June 22, 2022, Deutsche Bank filed its First Amended Complaint against Fidelity [ECF No. 13];

**WHEREAS**, on July 22, 2022, Fidelity filed its Motion to Dismiss [ECF No. 14];

**WHEREAS**, on August 5, 2022, HSBC Bank filed its Opposition to Fidelity's Motion to Dismiss [ECF No. 15].

/ / /

**WHEREAS**, on August 11, 2022, Fidelity filed its Reply in support of Motion to Dismiss [ECF No. 16];

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. In the interests of judicial economy, the Parties stipulate and agree that discovery in this case shall be **STAYED** pending the Court's decision on the pending motion [ECF No. 14];
2. Nothing contained in this stipulation will affect any pending dispositive motions or prevent the Parties from filing any dispositive motions.
3. Each of the Parties may request a further Fed R. Civ. P. 26(f) conference at any time 180 days after the order granting this Stipulation.
4. By entering into this Stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.
5. In the event the motions are denied, the Parties will submit a proposed discovery plan within thirty (30) days of the Court's Order.

**IT IS SO STIPULATED.**

DATED this 14th day of September, 2022.                DATED this 14th day of September, 2022.

WRIGHT, FINLAY & ZAK, LLP                              SINCLAIR BRAUN LLP

*/s/ Lindsay D. Dragon, Esq.*                          */s/ Kevin Sinclair, Esq.*
Lindsay D. Dragon, Esq.                                Kevin Sinclair, Esq.
Nevada Bar No. 13474                                   Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                         16501 Venture Boulevard, Suite 400
Las Vegas, NV 89117                                    Encino, California 91436
*Attorneys for Plaintiff*                              *Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this 15th day of September, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE