Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., | Case No.: 2:20-CV-00419-KJD-VCF |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING DEADLINE TO FILE RESPONSIVE PLEADING** |
| vs. | |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, | **FIRST REQUEST** |
| Defendant. | |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff HSBC Bank USA, N.A. ("HSBC"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. On July 22, 2022, Fidelity filed its motion to dismiss HSBC's First Amended Complaint. (ECF No. 14);



1

**STIPULATION AND ORDER CONTINUING DEADLINE TO FILE RESPONSIVE PLEADING**

2. On March 29, 2023, the Court granted in part and denied in part Fidelity's motion to dismiss (ECF No. 23);

3. The deadline for Fidelity to file its responsive pleading is currently April 12, 2023;

4. Fidelity requests a 14-day extension of the deadline to file its responsive pleading in this action, such that the responsive pleading shall be due on or before Wednesday, April 26, 2023;

5. HSBC does not oppose the requested extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Fidelity's deadline to file a responsive pleading in this action shall be continued to Wednesday, April 26, 2023.

Dated:  April 12, 2023                    SINCLAIR BRAUN KARGHER LLP

                                          By:  /s/-Kevin S. Sinclair
                                          KEVIN S. SINCLAIR
                                          Attorneys for Defendants
                                          FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated:  April 12, 2023                    WRIGHT FINLAY & ZAK, LLP

                                          By:  /s/-Lindsay D. Dragon
                                          LINDSAY D. DRAGON
                                          Attorneys for Plaintiff
                                          HSBC BANK USA, N.A.

**IT IS SO ORDERED.**

   Dated this  17th  day of  April , 2023.

                                          _____
                                          CAM FERENBACH
                                          UNITED STATES MAGISTRATE JUDGE

