Scott E. Gizer, Esq., Nevada Bar No. 12216
   sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
   slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
   ksinclair@sinclairbraun.com
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., | Case No.: 2:20-CV-00419-KJD-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |
| vs. | |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al., | |
| Defendant. | |



1
**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff HSBC Bank USA, N.A. and defendant Fidelity National Title Insurance Company stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with each party bearing its own fees and costs.

Dated: December 26, 2023          SINCLAIR BRAUN KARGHER LLP

By: /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: December 26, 2023          WRIGHT FINLAY & ZAK LLP

By: /s/-Lindsay D. Dragon
LINDSAY D. DRAGON
Attorneys for Plaintiff
HSBC BANK USA, N.A.

**IT IS SO ORDERED.**

12/28/2023
_____
THE HON. KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

